**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| MICROBIX BIOSYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | Civil Action No. 6:14-cv-00003-JDL |
| | § | |
| v. | § | Jury Trial Demanded |
| | § | |
| NOVARTIS VACCINES AND | § | |
| DIAGNOSTICS, INC. | § | May 12, 2014 |
| | § | |
| Defendant. | § | |
| | § | |

**MICROBIX BIOSYSTEMS, INC.'S CERTIFICATE LISTING ALL PERSONS AND ENTITIES FINANCIALLY INTERESTED IN THE OUTCOME OF THIS LITIGATION**

Pursuant to the Court's April 25, 2014 Scheduling Order, Plaintiff Microbix Biosystems, Inc. provides, to the best of its knowledge, the following certificate listing all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are possibly financially interested in the outcome of this litigation:

Microbix Biosystems, Inc.;

the inventors of the patent-in-suit;

Parteurop Pharma; and

counsel for Plaintiff.

            **Microbix Biosystems, Inc.**

            By: /s/ Mark D. Strachan
               Mark D. Strachan
               SAYLES WERBNER, P.C.
               1201 Elm Street, Suite 4400
               Dallas, Texas 75270
               Telephone: 214.939.8700
               Facsimile: 214.939.8787
               mstrachan@swtriallaw.com

        Edgar H. Haug, Lead Attorney
        Jason A. Lief
        Laura A. Chubb
        FROMMER LAWRENCE & HAUG LLP
        745 Fifth Avenue, Floor 10
        New York, NY 10151
        Telephone: 212.588.0800
        Facsimile: 212.588.0900
        ehaug@flhlaw.com
        jlief@flhlaw.com
        lchubb@flhlaw.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this the 12th day of May, 2014, the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

        /s/  Mark D. Strachan
        Mark D. Strachan